UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 19 A 11: 19

U.S. DISTRICT COURT

| | |
|---|---|
| CORINE CARR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No. 3:02CV2100 (DJS) |
| ) | |
| UNITED STATES POST OFFICE ) | |
| HAMDEN BRANCH, ) | |
| ) | |
| Defendant ) | April 16, 2004 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant in the above-captioned action hereby responds to Plaintiff's objection to the Defendant's motion for summary judgment.

The Defendant had previously moved for summary judgment on the ground that there are no genuine issues of material fact requiring a trial and that the Defendant is entitled to summary judgment as a matter of law. The Defendant submitted a Memorandum of Law, with attached exhibits, and a Local Rule 9(c) 1 Statement in support of this motion. The Plaintiff filed an opposition to this motion on October 8, 2003. The Plaintiff has now filed a subsequent opposition to the Defendant's motion, citing the discovery of substantial, newly discovered, evidence to rebut the Defendant's dispositive motion.

The Defendant respectfully submits that a review of Plaintiff's most recent objection to the Defendant's dispositive motion fails to disclose any new or substantial evidence that would entitle the Plaintiff to a trial on the merits of her

1

claims. The Defendant, therefore, reiterates its arguments and those exhibits previously submitted in its motion for summary judgment.

                              Respectfully submitted,

                              The Defendant

                              By its attorney:
                              KEVIN J. O'CONNOR
                              United States Attorney

                              */s/ Anthony T. Rice*
                              Anthony T. Rice
                              Special Assistant U.S. Attorney
                              United States Postal Service
                              Northeast Area Law Office
                              8 Griffin Road North
                              Windsor, CT 06006-0170
                              (860) 285-7098
                              E-Mail: anthony.t.rice.usps.gov
                              Connecticut Federal Bar No. ct 22474

## CERTIFICATE OF SERVICE

I, Anthony T. Rice, Special Assistant U.S. Attorney, hereby certify that I served a copy of the attached document, by first-class mail, postage prepaid, upon the following persons:

Corine Carr
42 Goodyear Street
New Haven, CT 06511

Dated: April 16, 2004

_____
Anthony T. Rice