UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORINE CARR, )
)
Plaintiff )
)
v. )  Docket No. 3:02CV2100 (DJS)
)
)
UNITED STATES POST OFFICE )
HAMDEN BRANCH, )
)
Defendant )  May 11, 2004

**FILED 2004 MAY 12 A 10: 53 U.S. DISTRICT COURT HARTFORD, CT.**

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SUBMIT "CONTINUING EVIDENCE" OF "VERBAL ACTS" BY THE DEFENDANT

The Defendant in the above-captioned action hereby responds to Plaintiff's motion to submit "continuing evidence" of "verbal acts", allegedly directed at the Plaintiff by the Defendant.

This case proceeded through discovery and the Defendant has moved for summary judgment. The Plaintiff filed her opposition to the Defendant's dispositive motion and, subsequently, filed another opposition. The Plaintiff now seeks to submit the instant motion, as yet further opposition to the Defendant's pending summary judgment motion.

The Defendant respectfully submits that the Plaintiff's allegations are inapposite to the pending action, inasmuch as the Plaintiff alleges the occurrence of certain events on April 23, 2004, a date not previously identified in the instant complaint or in any administrative claim filed by the Plaintiff with the United States Postal Service relative to the instant complaint. Further, the Plaintiff's

1

motion essentially seeks to amend her complaint to add further claims, after discovery has closed and the issues have been joined in the summary judgment motion process. Such a *de facto* amendment would prejudice the Defendant, which has not received the requisite notice/claim of the events alleged to have occurred on April 23, 2004. Further prejudicing the Defendant is the fact that the Defendant's first notice of the alleged occurrences was the Plaintiff's motion and, as such, the Defendant has not had the opportunity to take discovery relative to these allegations.

For the reason set forth above, the Defendant respectfully submits that the Court should deny the Plaintiff's motion.

The Defendant

By its attorney:
KEVIN J. O'CONNOR
United States Attorney

_____
Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170
(860) 285-7098
E-Mail: anthony.t.rice.usps.gov
Connecticut Federal Bar No. ct 22474

## CERTIFICATE OF SERVICE

I, Anthony T. Rice, Special Assistant U.S. Attorney, hereby certify that I served a copy of the attached document, by first-class mail, postage prepaid, upon the following persons:

Corine Carr
42 Goodyear Street
New Haven, CT 06511

Dated: May 11, 2004

                                                                                        _____
                                                                                        Anthony T. Rice