FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2004 MAY 27  A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CORINE CARR ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V.  ) | DOCKET NO. 3:02CV2100 (DJS) |
| ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| POSTAL SERVICE, HAMDEN BRANCH ) | |
| ) | |
| Defendant ) | MAY 26, 2004 |

THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rules of Civil Procedure, Rule 12(c) Motion for Judgment on the Pleadings, the Plaintiff in the above-caption move for summary judgment in favor of the Plaintiff, on all of the Plaintiff's Complaint and Pleadings that are on this Court's record.

The memorandum of laws in support of the Plaintiff's Motion for Summary Judgment are attached hereto.

NO ARGUMENT IS REQUESTED

1

<u>The memorandum of laws in suport of the Plaintiff's Motion for Summary Judgment:</u>

1. <u>Rules of Civil Procedure, Rule 12(c) Motion for Judgment on The Pleadings</u>. After the pleadings are closed but within such time as not to delay the trial, any party may move for judgment on the pleadings. If, on a motion for judgment on the pleadings, matters outside the pleadings are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

2. <u>Rule 56(a) For Claimant.</u> A party seeking to recover upon a claim, counterclaim, or cross-claim or to obtain a declaratory judgment may, at any time after the expiration of 20 days from the commencement of the action or after service of a motion for summary judgment by the adverse party, move with or without supporting affidavits for a summary judgment in the party's favor upon all or any part thereof.