UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 22 A 11: 37
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CORINE CARR | : | |
| Plaintiff | : | |
| V. | : | DOCKET NO. 3:02CV2100 (DJS) |
| THE UNITED STATES OF AMERICA | : | |
| Defendant | : | JUNE 19, 2004 |

## THE PLAINTIFF'S MOTION TO AMEND

The Plaintiff in the above captioned-action seek permission of The District Court and the Defendant to amend the defect in the Defendant's name, from The United States of America, Postal Service, Hamden Branch to The United States of America.

Law in support of the Plaintiff's Amendment is attached.

NO ARGUMENT IS REQUESTED

1

Law in support of The Plaintiff's Motion To Amend:

1. <u>Fed. R.Civ.P. Rule 15. AMENDED AND SUPPLEMENTAL PLEADINS</u>

(a) <u>Amendments.</u> A party may amend the party's pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

PLAINTIFF/PRO SE

BY _____
Corine Carr

CERTIFICATION

I, Corine Carr, the Plaintiff/pro se, certify that a copy of

The Plaintiff's Motion To Amend was mailed to:

Attorney Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, Connecticut, 06006-0170
(860) 285-7098
E-Mail:anthony.t.rice.usps.gov
Connecticut Federal Bar No. ct22474

Dated:   June 19, 2004.

                                         PLAINTIFF/PRO SE

                                      BY *Corine Carr* (signature)
                                      Corine Carr
                                        42 Goodyear Street
                                        New Haven, Connecticut, 06511
                                        (203) 785-9495

ORDER

The foregoing Plaintiff's Motion To Amend having been heard is hereby, ORDERED:

GRANTED / DENIED

BY

_____
JUDGE                /              CLERK