UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 21  A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CORINE CARR : | |
| Plaintiff : | |
| V. : | DOCKET NO. 3:02CV2100 (DJS) |
| THE UNITED STATES OF AMERICA : | |
| Defendant : | JUNE 18, 2004 |

THE PLAINTIFF'S RESPONSE AND COMPLIANCE TO THE
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT, AND, MOTION FOR SUMMARY
JUDGMENT IN FAVOR OF THE PLAINTIFF

The Plaintiff in the above-captioned action hereby moves for summary judgment, in favor of the Plaintiff, pursuant to Fed.R.Civ.P. 56(a). In support of this motion, the Plaintiff declare that there are no genuine issues of material fact requiring a trial and that the Plaintiff is entitled to summary judgment as a matter of law. The Plaintiff is relying on the fruits of recently discovered evidences that supports and resolves the Plaintiff's Complaint and motions.

The Plaintiff's memorandum of laws are attached, with exhibits, and Local Rule 9(c)1 Statement in support of this motion.

ORAL ARGUMENT NOT REQUESTED

<u>The Plaintiff's Memorandum of Laws in Support of the PLaintiff's Motion for Summary Judgment:</u>

1.  <u>Fed. Rules of Civil Procedure, Rule 56. Summary Judgment</u> <u>(a) For Claimant.</u>  A party seeking to recover upon a claim, counterclaim, or cross-claim or to obtain a declaratory judgment may, at any time after the expiration of 20 days from the commencement of the action or after service of a motion for summary judgment by the adverse party, move with or without supporting affidavits for a summary judgment in the party's favor upon all or any part thereof.

PLAINTIFF/PRO SE

BY *Corine Carr*
Corine Carr


CERTIFICATION

I, Corine Carr, the Plaintiff/pro se, certify that a copy of The Plaintiff's Response and Compliance to The Defendant's Opposition to Plaintiff's Motion for Summary Judgment, and, Motion for Summary Judgment in Favor of The Plaintiff was mailed to:

Attorney Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT. 06006-0170
(860) 285-7098
E-Mail:anthony.t.rice.usps.gov
Connecticut Federal Bar No. ct22474


Dated:   June 18, 2004


PLAINTIFF/PRO SE

BY *Corine Carr*
Corine Carr
42 Goodyear Street
New Haven, Connecticut, 06511
(203) 785-9495

3