going to be created in the area where the Plaintiff is allow to

be, and violently assaulted the Plaintiff with the shocks and

currents.   [See The Plaintiff's Exhibit C - PS Form 95 Claims

Forms and the Plaintiff's letters to the Post Master; The Plain-

tiff's Exhibit D - The Plaintiff's Depo. page 31 line 10 through

page 65 line 4; The Plaintiff's Exhibit E - The Plaintiff's Ob-

jection To The Defendant's Motion To Dismiss/Submitting Exhibit K,

Substantial Newly Discovered Evidence For The Court's Determina-

tion Of The Proceedings On Record; The Plaintiff's Exhibit F - The

Plaintiff's Motion To Submit Continuing Evidence, As Exhibit L/

Evidence Of Verbal Acts, By The Defendant(s), At The Plaintiff;

"The Plaintiff's Objection To The Defendant's Motion To Dismiss",

dated October 6, 2003, page 3 item 3 through page 5 item 7, on the

Court's record].   (3) The Defendants breach of duty was the actual

and proximately cause of the Plaintiff's injuries because the Cul-

prit, an employee of the Defendant, made herself known to the

Plaintiff in a face to face combat, [ See. The Plaintiff's Exhibit

E - The Plaintiff's Objection To The Defendant's Motion To Dismiss/

Submitting Exhibit K, Substantial Newly Discovered Evidence For

The Court's Determination Of The Proceedings On Record], and, the

Defendant(s) demonstrated the weapon(s) that were being used by

the Defendant(s) to commit the wrongful acts upon the Plaintiff's

anatomy, [See The Plaintiff's Exhibit F - The Plaintiff's Motion

To Submit Continuing Evidence, As Exhibit L/Evidence Of Verbal

Acts, By The Defendant(s), At The PLaintiff, and The Plaintiff's

Exhibit D - The Plaintiff's Depo. page 38 line 19 through page

47 line 17, and page 55 through page 57 line].   And, (4) The

Plaintiff immediately suffered actual pain, discomfort and emo-
tional distress.  [See The Plaintiff's Exhibit A - The Plaintiff's
Complaint Counts 1 through 5; The Plaintiff's Exhibit B - PS Form
95 Claim Forms and the Plaintiff's letters to the Post Master;
The Plaintiff's Exhibit D - The Plaintiff's Depo. page 6 line 6
through page 7 line 16, page 26 line 14 through 11, page 27 line
8 through line 23, page 29 line 14 through page 30 line 19, page
31 line 24 through page 33 line 22, page 37 line 18 through page
38 line 12, page 38 line 19, page 40 line 1 through line 11, page
42 line 16 through line 21, page 45 line 21 through line 23, page
47 line 4 through line 17, page 50 line 18, page 52 line 14 through
page 54 line 2, page 55 line 6 through line 14, page 55 line 15
through page 56 line 3, and, "The Plaintiff's Objcetion To The
Defendant's Motion To Dismiss", dated October 6, 2003, page 5 item
6 para. 2 , 3 and item 7, on the Court's records]

Assault is the intentional placing of another person in fear of
imminent harmful or offsive contact.  Battery is the intentional
wrongful physical contact with another person without consent.
The Plaintiff fear for her life each and every time that she visit
the Defendant's postal service branches of being harm and the De-
fendant's do not have a license nor privileges to make any kind
of physical contact with the Plaintiff's anatomy.  [See The Plain-
tiff's Exhibit C - PS Form 95 Claim Forms and The Plaintiff's
letters to the Post Master; The Plaintiff's Exhibit D - The Plain-
tiff's Depo. page 29 line 14 through line 25, page 33 line 14

23

through line 22, page 38 line 19 through page 41 line 24, page
41 line 13 through page 42 line 9, page 55 line 15 through page
57 line 1, The plaintiff's Exhibit E - The Plaintiff's Objection
To The Defendant's Motion To Dismiss/Submitting Exhibit K, Sub-
stantial Newly Discovered Evidence For The Court's Determination
Of The Proceedings On Record, and, The Plaintiff's Exhibit F - The
Plaintiff's Motion To Submit Continuing Evidence, As Exhibit L/
Evidence Of Verbal Acts, By The Defendant(s), At The Plaintiff].

III. <u>Argument</u>

1.   <u>The Plaintiff has named and conveyed, in the Plaintiff's Sum-</u>
<u>mon-Writ, The United States of America as the Defendant and the</u>
<u>Postal Service as the Defendant in the Plaintiff's lawsuit.</u>  [See
The Plaintiff's Exhibit A - The Plaintiff's Summon-Writ].  And,
the Plaintiff is seeking the Court's permission and the Defendant's
permission to amend the Plaintiff's Summon-Writ Defendant's name;
the amendment will not delay the trial and do not require a trial.
[Rule 12, N23, B. Lack of Jurisdiction Over Subject Matter (Rule
12(b)(1), para. 4). Motion to dismiss cannot be granted for lack
of subject matter jurisdiction if complaint purports to out fe-
deral claim, and claim is not insubstantial and frivolous.
Buchler  v.  United States (1974, ED Cal) 384 F Supp 709].  The
Plaintiff's claim is nonfrivolous and is substantial,the law and
breach of duty were breach by the Defendant and the Plaintiff
sustained inuries from the Defendant's breach of the law and duty.

2.   <u>The Plaintiff Has State A Claim For Assault Pursuant To The</u>

FTCA

1.    The Plaintiff is claiming bodily harm from wrongful acts
by the Defendants.  The Defendants negligently, deliberately, in-
tentionaly and repeatedly created a public physical hazardous
condition of shocks and currents signals that the Defendants were
not licensed nor privileged to do and assaulted the Plaintiff's
anatomy; the physical, violent and indecent infliction that made
contact with the Plaintiff's anatomy caused bodily harm to the
Plaintiff's anatomy.  The Defendants had knowledge of and fore-
see harm to the Plaintiff and the Defendants anticipated committ-
ing the wrongful acts upon the Plaintiff's anatomy, and, the De-
fendants never once apprised or warned the Plaintiff that the
inviteed area where the Plaintiff was standing was restricted.
[See The Plaintiff Exhibit C – PS Form 95 Claim Forms and the
Plaintiff's letters to the Post Master, page 1 and page 13 through
15, page 6 through 8 and page 18 through 22, page 9 through 11
and page 23 through 25; The Plaintiff's Exhibit D – The Plaintiff's
Depo. page 27 line 24 through page 28 line 7, page 32 line 19
through page 41 line 24, page 55 line 13 through page 58 line 4
page 29 line 14 through line 25; The Plaintiff Exhibit F – The
Plaintiff's Motion To Submit Continuing Evidence, As Exhibit L/
Evidence Of Verbal Acts, By The Defendant(s), At The Plaintiff,
and, The Plaintiff's Exhibit E – The Plaintiff's Objection To The
Defendant's Motion To Dismiss/Submitting Exhibit K, Substantial
Newly Discovered Evidence For The Court's Determination Of The
Proceedings On Record].  These wrongful acts by the Defendants

25

breach duties owed the Plaintiff by the Defendants.  [See The

Plaintiff's Objection To The Defendant's Motion To Dismiss, dated

October 6, 2003, page 3 item 3 through page 5 item 7].  If these

wrongful conduct acts were committed by an outsider, non employee

or a non business establishment, the outsider would have been held

liable for the wrongful acts upon the Plaintiff's anatomy.  [See

28 USCS § 1346 N 122. Purpose. para. 4, Federal Tort Claims Act is

designed primarily to remove sovereign immunity of United States

from suits in tort and, with certain specific exceptions, to ren-

der government liable in tort as private individual would be under

like circumstance.  Richard  v.  United States (1962) 369 US 1,

7 L Ed 2d 492, 82 S Ct. 585].  A disputed issues that do not re-

quire a trial, the laws speaks for itself.

2.    The Defendant is not excluded from the limited waiver of

sovereign immunity granted by the FTCA 28 USC § 2680(h); the FTCA

28 USC § 2680(h) are constitutional violation, the Plaintiff Com-

plaint is a tort claim and is govern by 28 USCS § 1346(b).  [See

28 USCS § 1346 N 121 para. 3, 28 USCS § 1346(b) does not provide

independent cause of action, but simply waives sovereign immunity

of United States and renders Government liable to same extend as

private individual under like circumstances.  Reynolds  v.  United

States (1981, CA 10 NM) 643 F2d 707, cert den (1981) 454 US 817,

70 L Ed 2d 85, 102 S Ct 94.].  A disputed issue that do not require

a trial, the laws speak for itself.

3.    The Plaintiff Cannot Establish That The Postal Service Breach

A Duty Of Care Owed To The Plaintiff Or That The Postal Service
Was The Actual Or Proximate Cause Of Any Damage Claimed By The
Plaintiff

1.   The Plaintiff has established that the Postal Service breach
a duty of care owed the Plaintiff; the Defendants never once ap-
prised nor warned the Plaintiff that the Defendants were going to
test the capability of the Defendant's electronic safety signal-
ing device, that are located on the doors, windows and the sur-
roundings of the Defendant's building, and that the area of invi-
tation, where it is customary for the Plaintiff to be, would be
unsafe for a human being to be.  And, the Defendants misused the
Defendant's electronic safety signaling device, with knowledge of
its affects, that are located on the doors, windows and the sur-
roundings of the Defendant's building, to negligently, deliberate-
ly and intentionally create a public hazardous condition of shocks
and current and indecently and repeatedly assaulted, inflicted
the created physical hazardous shocks and currents signals into
the Plaintiff's anatomy that harm the Plaintiff's anatomy immedi-
ately.  And, the Defendants verbally called out the Plaintiff's
name, Corine Carr, and named the Plaintiff's body parts that were
being assaulted, with the shocks and currents, as the inflictions
to the Plaintiff's anatomy were occurring.  [See The Plaintiff's
Exhibit A - The Plaintiff's Complaint Counts 1 through 5, and the
Plaintiff's Exhibit B - The Plaintiff's letter, dated 830-02, to
Atty. Rice and The Plaintiff's Discovery, dated 8-13-02, to Atty.
Rice; The Plaintiff's Exhibit C - PS Form 95 Claim Forms, page 1

27

through page 27; The Plaintiff's Depo. page 22 through page 64
line 25.: "The Plaintiff's Obj. To The Defnt's Mo. To Dism." dated
October 6, 2003, page 3 item 3 thru. pg. 5 item 6 and 7, on the
Court's record, The Plnt's Ex. D - The Pltf's. Depo. pg. 27 line
8 thru line 23, pg. 40 line 1 thru pg. 41 line 24, pg. 55 line 20
thru pg. 57 line 8, pg. 57 line 9 thru pg. 60 line 31.1

The Postal Service was the actual and proximate cause of the dam-
age claimed by the Plaintiff.  During each of the Plaintiff's Com-
plaint Counts, the Plaintiff experienced immediate pain, physical
suffering and physical discomfort and emotional distress.  [See The
Plaintiff's Ex. D - The Pltf's. Depo. pg. 27 line 8 thru line 23,
pg. 29 line 14 thru line 25, pg. 38 line 13 thru line 18, pg. 40
line 7 thru pg. 41 line 24, pg. 55 line 15 thru pg. 57 line 9 thru
pg. 58 line 4; The pltf's Ex. F - The Plaintiff's Motion To Submit
Continuing Evidence, As Exhibit L/Evidence Of Verbal Acts, By The
Defendant(s), At The Plaintiff and The Pltf's. Ex. E - The Plain-
tiff's Objection To The Defendant's Motion To Dismiss/Submitting
Exhibit K, Substantial Newly Discovered Evidence For The Court's
Determination Of The Proceedings On Record].

The Plaintiff tripped and fell forwardly and yanked her leftside
of her body backwardly when her left foot got caugh on an oversize
plastic bag, excess un used portion that was hanging over the edge
of a small trash can that was placed near the front of the courte-
sy writing table in the Plaintiff's standing room of the writing
table.  [See "The Pltf's. Obj. To The Defnt's. Mo. To. Dism.",

dated Oct. 6, 2003, pg. 3 item 3(C), pg. 5 item 6 and 7; The Pltf's
Exhibit D - The Pltf's. Depo. pg. 42 line 24 thru pg. 47 line 17].
A disputed issue that do not require a trial.

2.    The Plaintiff has testified that the Plaintiff is verbally
abused by the Defendants during the Defendants negligent, delib-
erate and intentional and indecent assaults upon the Plaintiff's
anatomy. [See The Pltf's. Ex. D - The Pltf's. Depo. page 38 line
1 thru pg. 41 line 21, pg. 55 line 15 thru pg. 56 line 20, pg. 64
line 13 thru line 21]. The Plaintiff has testified that the shocks
and currents enters her groin, pelvic bone and leg. [See The Pltf's
Ex. D - The Pltf's. Depo. pg. 22 line 9 thru line 21,, pg. 31 line
24 thru pg. 32 line 10, pg. 38 line 19, pg. 40 line 1 thru line 11,
pg. 50 line 20 thru pg. 51 line 11, pg. 53 line 16 thru 24, pg. 55
line 15 thru pg. 56 line 3].].

3.    It is true that the Plaintiff are experiencing similar shocks
at home, while driving, while at Staples Office Supply Store and
Stop & Shop Supermarket that are negligently, deliberately and in-
tentionally being created by those offenders and the Plaintiff has
filed lawsuit against some of the offenders and the Plaintiff will
be filing lawsuit against the others offenders. Those offenders
are using some type of weapons that are similar to the Defendant's
weapons. And, those offenders verbally abuse the Plaintiff about
sex and about murder. [See The Pltf's Ex. D - The Pltf's. Depo.
pg. 9 line 21 thru pg. 20 line 25]. Those occurrences are also
infraction of the laws, different offenders and different premises,
thereby, making those occurrences irrelevant to this case.

4.    In order to establish the causation element of a negligence
claim, the Plaintiff must establish both actual cause and proxi-
mate cause.    The Plaintiff actual and proximate  injuries of pain
suffering, emotional distress and pain discomfort and intimidation
occurred at the same time that the Defendants negligent, deliberate
intentional and indecent infliction of the created shocks and cur-
rents  into the Plaintiff's anatomy were occurring.  [See The Pltf's
Ex. D-The Pltf's Depo. pg. 22 line 17 thru line 21, pg. 23 line 20
thru pg. 24 line 16, pg. 27 line 8 thru line 12. pg. 29 line 14
thru line 25, pg. 30 line 20 thru pg. 31 line 2, pg. 32 line 6 thru
line 14, pg. 35 line 21 thru pg. 41 line 27; The Pltf's Ex. C - The
PS Form 95 Claim Forms pg. 18 thru pg. 25; The Pltf's Ex. D-The
Pltf's. Depo.. pg. 42 line 16 thru pg. 47 line 17 pg. 50 line 18
thru pg. 52 line 18, pg. 53 line 16 thru pg. 55 line 14 and pg. 55
line 15 thru pg. 57 line 1; "The Pltf's. Obj. To The Defnt's. Mo
To Dism., dated Oct. 6, 2003, pg. 3 item 3 thru pg. 5 item 7].
The Plaintiff injuries would not have occurred; the Plaintiff's
injuries were caused by the Defendants' negligent, deliberate, in-
tentional and indecent thoughtout wrongful acts.  No one can fore-
see an occurrence of an incident of this nature unless the inci-
dent is planned.  [See The Pltf's. Ex. E - The Plaintiff's Obj. To
The Defendant's Mo. To Dism/Submitting Ex. K,Substantial Newly Dis-
covered Evidence For The Court's Determination Of The Proceedings
On Record, The Pltf's. Ex. F - The Pltf's. Mo. To Submit Continu-
ing Evidence, As Exhibit L/Evidence Of Verbal Acts, By The Defen-
dant(s), At The Plaintiff; The Pltf's. Ex. G - The Pltf's letter
dated May 19, 2004 to Atty. Rice; The Pltf's. Ex. D - The Pltf's.

30

Depo. pg. 26 line 4  thru line 12, pg. 27 line 8 thru 28 line 18,
pg. 29 line 1 thru line 7, pg. 29 line 14 thru line 25, pg. 38
line 13 thru pg. 41 line 24, pg. 55 line 20 thru pg. 57 line 1,
pg. 63 line 20  thru pg. 64 line 25; The Pltf's. Ex. B - The Pltf.
letter, dated 8-30-02, to Atty. Rice, The Pltf's. Discovery, dated
8-13-02, to Atty. Rice; "The Pltf's. Obj. To The Defnt's. Mo. To
Dism.", dated Oct. 6, 2003, pg. 3 item 3 thru pg. 5 item 7, on the
Court's record].

5.    The Plaintiff as a matter of the laws of Conn. has establish-
ed that the Defendant's conductof wrongful acts caused the subject
incidents that occurred to the Plaintiff while the Plaintiff were
on the Postal Service premises.  [See The Pltf's. Ex. C - The PS
Form 95 Claim Forms  and the Plaintiff's letter to the Post Master,
pg. 1 thru pg. 25; The Pltf's. Ex. D-The Pltf's. Depo. pg. 26 line
4 thru line 12, pg. 27 line 8 thru pg. 28 line 18, pg. 29 line 1
thru line 7, pg. 29 line 14 thru line 25, pg. 38 line 13 thru pg.
41 line 24. pg. 55 line 22 thru pg. 57 line 1, pg. 63 line 20 thru
pg. 65 line 4; The Pltf's. Ex. B - The Pltf's letter dated 8-30-02
To Atty Rice and The Pltf's. Discovery , dated 8-13-02 to Atty.
Rice; The Pltf's. Ex. E-The Pltf's. Obj. To The Defendant's Mo. To
Dism./Submitting Exhibit K, Subtantial Newly Discovered Evidence
For The Court's Detemination Of The Proceedings On Record; The
Pltf's. Ex. F-The Pltf's. Mo. To Submit Continuing Evidence, As
Exhibit L/Evidence Of Verbal Acts, By The Defendant(s), At The
Plaintiff; "The Pltf's. Obj. To The Defendant's Mo. To Dismiss",
dated Oct. 6, 2003, pg. 3 item 3 thru pg. 5 item 7, on the Court's

31

record].

6.   The proximate cause of the Plaintiff's injuries are the
Defendants' negligent, deliberate, intentional and indecent wrong-
ful acts and the substantial factor in causing the subject inci-
dents.   The Defendants negligently, deliberately and intentional-
ly misused the Defendant's electronic safety signaling device,
that are located on the Defedant's doors, windows and the surround-
ings of the Defendant's premises, to create a physical hazardous
condition of harmful shocks and currents that the Defendants neg-
ligently, deliberately and intentionally and repeatedly inflicted
into the Plaintiff's anatomy and,thereby, caused the Plaintiff to
sustained immediate suffering of pain, emotional distress, intimi-
dation and physical distress; ailment of the Plaintiff's anatomy
that instantly.   [See The Pltf's. Ex. C - Ps Form 95 Claim Forms
and the Pltf's. letters to the Post Master, pg. 1 thru 25; The
Pltf's. Ex. B -The Pltf's. letter dated 8-30-02 to Atty. Rice, The
Pltf's. Disc. dated 8-13-02; The Pltf's. Ex. D-The Pltf's. Depo.
pg. 22 line 9 through pg. 26 line 8, pg. 27 line 1 thru line 23,
pg. 31 line 11 thru line 23, pg. 31 line 24 thru pg. 47 line 17,
pg. 55 line 16 thru pg. 60 line 3, pg. 63 line 3 thru line 17,
pg. 63 line 20 thru pg. 65 line 4; The Pltf's. Ex. E-The Pltf's.
Obj. To The Defendant's Mo. To Dismiss/Submitting Exhibit K,Sub-
stantial Newly Discovered Evidence For The Court's Determination
Of The Proceedings On Record; The Pltf's. Ex. F-The Pltf's. Mo.
To Submit Continuing Evidence, As Exhibit L/Evidence Of Verbal
Acts, By The Defendant(s), At The Plaintiff, and, The Pltf's. Ex.

G-The Pltf's. letter dated May 19, 2004, to Atty. Rice, "The Pltf.
Obj. To The Defendant's Mo. To Dismis", dated Oct. 6, 2003, pg. 3
item 3 thru pg. 5 item 7, on the Court's record].

7.    The Defendants wrongful conducts of negligently, deliberately,
intentionally and indecently creating a physical hazardous condi-
tion of hazardous shocks and currents and then inflicting them in-
to the Plaintiff's anatomy and verbally abusing the Plaintiff dur-
ing the infliction and calling out the Plaintiff's name, Corine
Carr, and calling out the name of the body parts of the Plaintiff's
anatomy that were being assaulted while the Plaintiff was on the
Defendant's premises in the area of invitation, by the Defendant,
are actionable negligence, wrongful acts by the Defendants, breach
of the laws that cause the Plaintiff to immediately suffered physi-
cal pain, prickly and throbbing pain, emotional distress and annoy-
ance, thereby, making the Defendants wrongful conducts a degree
and factor of the proximate cause of injuries to the Plaintiff's
anatomy.  The Defendants act with knowledge and with anticipation
of the infliction of harm upon the Plaintiff's anatomy; the Plain-
was and is the Defendants' target whom the Defendants committed
and are committing the negligent, deliberate and intentional in-
fliction of created shocks and currents, by the Defendants, upon
the Plaintiff.  [See The Pltf's. Ex. C-The PS Form 95 Claim Forms,
pg. 1 thru pg. 25 the Pltf's. letter to the Post Master; The Pltf's
Ex. D-The Pltf's. Depo. pg. 26 line 4 thru line 25, pg. 27 line 8
thru pg. 28 line 23, pg. 29 line 2 thru line 7, pg. 29 line 14
thru line 25, pg. 38 line 19 thru pg. 41 line 24, pg. 55 line 15

thru pg. 60 line 3, pg. 63 line 20 thru pg. 64 line 25; The Pltf's.
Ex. E-The Pltf's. Obj. To The Defendant's Mo. To Dismiss/Submitt-
ing Exhibit K,Substantial Newly Discovered Evidence For The Court's
Determination Of The Proceedings On Record; The Pltf's. Ex. F-The
Pltf's. Mo. To Submit Continuing Evidence, As ExhibitL/Evidence Of
Verbal Acts, By The Defendant(s), At The Plaintiff; "The Pltf's.
Obj. To The Defendant's Mo. To Dismiss", dated Oct. 6, 2003, pg. 3
item 3 thru pg. 5 item 7].

8.    The Plaintiff's FTCA claims are not flawed; the Plaintiff has
produce the existence of a dangerous or defective condition on the
Postal Service premises.  The Plaintiff has pointed out the Defen-
dant's wall outlet receptacle as an electrical source of shocks
that the Plaintiff's has received.  [See The Pltf's. Depo. pg. 58
line 5  thru pg. 60 line 3 ].  The Plaintiff has pointed out the
areas from where the shocks and currents come from and the areas
from where the Defendants voices and utterances, at the Plaintiff
by the Defendants, comes from.  The Plaintiff has submitted dis-
covery evidence that connects the Plaintiff's testimony with the
source of shocks and currents and links the culprit as and are the
Defendants and the weapons are the dangerous electronic safety
signaling devices that are located on the doors, windows and the
surroundings of the Defendant's premises.  [See The Pltf's. Ex. C-
PS Form 95 Claim Forms pg. 1 thru 27; ThePltf's. Ex. D-The Pltf's.
Depo. pg. 22 line 17 thru pg. 24 line 2, pg. 32 line 6 thru line
14, pg. 42 line 3 thru 9, pg. 51 line 5 thru pg. 52 line 18, pg.
55 line 20 thru pg. 56 line 22, pg. 63 line 20 thru pg. 65 line 4;

The Pltf's. Ex. B-The Pltf's. letter and Discovery info. sent to
Atty. Rice; The Pltf's. Ex. E-The Pltf's. Obj. To The Defendant's
Mo. To Dism./Submitting Exhibit K,Substantial Newly Discovered
Evidence For The Court's Determination Of The Proceedings On Re-
cord; The Pltf's. Ex. F-The Pltf's. Mo. To Submit Continuing Evi-
dence Of Verbal Acts, By The Defendant(s), At The Plaintiff].

9.    The Plaintiff can adduce evidence that contradicts the Defen-
dant's inspection for example, the Defendant's wall outlet recep-
tacle malfunction and produced shocks that struck the Plaintiff's
left ear and left left leg that caused immediate pain and shocks
from metallic things.  [See The Pltf's. Ex. B-The Pltf's. letter
to Atty. Rice and The Pltf's. Discovery sent to Atty. Rice; The
Pltf's. Ex. D-The Pltf's. Depo. pg. 58 line 5 thru pg. 60 line 3,
pg. 64 line 8 thru line 25].  The Defendants demonstrated and
pointed out to the Plaintiff how the Defendants can and did mis-
used the Defendant's electronic safety signaling device, that are
located on the doors, windows and the surroundings of the Defen-
dant's premises, negligently, deliberately and intentionally to
create shocks and currents that the Defendants negligently, delib-
erately and intentionally inflicted into the Plaintiff's anatomy.
The identical kind of shocks and currents that the Defendants
assaulted the Plaintiff's anatomy with from the identical locations
on the Defendant's premises.  [See. The Pltf's. Ex. D-The Pltf's.
Depo. pg. 22 line 17 thru pg. 24 line 2, pg. 32 line 6 thru line
14, pg. 42 line 3 thru 9, pg. 51 line 5 thru pg. 52 line 18, pg.
55 line 20 thru pg. 56 line 22, pg. 63 line 20 thru pg. 65 line 4

The Pltf's. Ex E-The Pltf's. Obj. To The Defendant's Mo. To Dis-
miss/Submitting Exhibit K, Substantial Newly Discovered Evidence
For The Court's Determination Of The Proceedings On Record; The
Pltf's. Ex. F-The Pltf's. Mo. To Submit Continuing Evidence, As
Exhibit L/Evidence Of Verbal Acts, By The Defendant(s), At The
Plaintiff; The Pltf's. Ex. G-The Pltf's. letter dated May 19, 2004
To Atty. Rice].

10.   The Plaintiff is her expert witness; And, there is no need for
any other expert witness because the Defendants confessed, make
known and gave evidence, that the CULPRITS are the Defendants em-
ployees who committed and are committing negligent, deliberate, in-
tentional and indecent assaults upon the Plaintiff's anatomy;  And,
the CULPRITS, the employees, pointed out and demonstrated the
WEAPONS, the Defendant's electronic safety security signaling
devices that are located on the Defendant's doors, windows and the
surroundings of the premises, that the Defendants used and are us-
ing to commit the wrongful acts upon the Plaintiff's anatomy.
[See The Pltf's. Ex. C-The Pltf's. PS Form 95 Claim Forms and the
Pltf's. letters to the Post Master pg. 6 and 7, pg. 9 and 10, pg.
18 thru pg. 23, pg. 23 thru pg. 25; The Pltf's. Ex. D-The Pltf's.
Depo. pg. 29 line 2 thru line 7, pg. 31 line 11 thru line 23, pg.
32 line 6 thru line 14, pg. 37 line 14 thru line 21, pg. 38 line
13 thru line 18, pg. 39 line 10 thru line 16, pg. 40 line 1 thru
pg. 41 line 24, pg. 51 line 5 thru pg. 52 line 18, pg. 55 line 22
thru pg. 56 line 22, pg. 63 line 20 thru pg. 64 line 25; The Pltf's.
Ex. E-The Pltf's. Obj. To The Defendant's Mo. To Dismiss/Submitting

Newly Discovered Evidence For The Court's Determination Of The Proceedings On Record; The Pltf's. Ex. F-The Pltf's Mo. To Submit Continuing Evidence, As Exhibit L/Evidence Of Verbal Acts, By The Defendant(s), At The Plaintiff; The Pltf's. Ex. G-The Pltf's. letter date May 19, 2004 to Atty. Rice].

11.  The Plaintiff's Complaint Counts do not concern technical nor a scienctific subject.  The Plaintiff's Complaint is resolved, the CULPRIT, the Postal Service Employees confessed, make known and gave evidence in a face to face combat with the Plaintiff, that the Defendants are responsible for the wrongful acts that were and are being committed upon the Plaintiff's anatomy; And, the Postal Service demonstrated and pointed out the WEAPONS, the Defendant's electronic safety security signaling devices that are located on the doors, windows and the surroundings of the Defendant's premises, to be the source of the shocks and currents when negligently, deliberately and intentionally misused and interfered with and tamper with.  [See The Pltf's.  PS Form 95 Claim Forms and the Pltf's. letters to the Post Master pg. 6 and 7, pg. 9 and 10, pg. 18 thru pg. 23, pg. 23 thru pg. 25; The Pltf's. Ex. D-The Pltf's. Depo. pg. 29 line 2 thru line 7, pg. 31 line 11 thru lie 23, pg. 32 line2-14, pg. 37 line 14 thru line 21, pg. 38 line 13 thru line 18, pg. 39 line 10 thru line 16, pg. 40 line 1 thru pg. 41 line 24, pg. 51 line 5 thru pg. 52 line 18, pg. 55 line 22 thru pg. 56 line 22, pg. 63 line 20 thru pg. 64 line 25; The Pltf's. Ex. E-the Pltf's. Obj. To The Defendant's Mo. To Dismiss/Submitting Newly Discovered Evidence For The Court's Determination Of The Proceedings On Record;

The Pltf's. Ex. F-The Pltf's. Mo. To Submit Continuing Evidence,
As Exhibit L/Evidence Of Verbal Acts, By The Defendant(s), At The
Plaintiff; The Pltf's. Ex. G-The Pltf's. letter to Atty. Rice.].
12.  The subject matter of the Plaintiff Complaint Counts is not
technical nor scientific.  The Defendants commited wrongful acts
that breach a duty owed the Plaintiff as visitor in an inviteed
place to be free of harm and the Defendants breach the laws that
protect the Plaintiff from harm of others any and every place that
the Plaintiff have a right to be.  And, the Defendants confessed,
make known and gave evidence to the CULPRIT, the Postal Service
employees, and showed, demonstrated and pointed out, their WEAPONS,
the Defednat's electronic safety security signaling devices that
are located on the doors, windows and the surroundings of the De-
fendant's premises, (everythings that the Plaintiff have to con-
tact, touch, to patron the Defendant's establishment) that the De-
fendants used and are using to commit the wrongful acts upon the
Plaintiff's anatomy.  [ See The Pltf's. Ex. D-The Pltf's. Depo.
pg. 29 line 2 thru line 7, pg. 29 line 14 thru line 25, pg. 39 line
3 thru pg. 41 line 24, pg. 55 line 12 thru pg. 56 line 22, pg. 57
line 9 thru pg. 58 line 4; The Pltf's. Ex. E-The Pltf's. Obj. To
The Defendant's Mo. To Dismiss/Submitting Newly Discovered Evidence
For The Court's Determination Of The Proceedings On Record; The
Pltf's. Ex. F-The Pltf's. Mo. To Submit Continuing Evidence Of
Verbal Acts, By The Defendant(s), At The Plaintiff; The Plaintiff
Ex. G-The Pltf's. dated May 19, 2004, to Atty. Rice; "The Pltf's.
Obj. To The Defendant's Mo. To Dismiss" dated Oct. 6, 2003, pg. 3

item 3 thru pg. 5 item 7, on the Court's record].

13.  The Plaintiff now know the causes of the subject incidents
to be the negligent, deliberate and intentional misuse of the
Defendant's electronic safety security signaling device by the De-
fendants to create a public and physical hazardous condition in
an invitee area, without apprising the Plaintiff of its affect
and effects to human being, and negligently, deliberatly, inten-
tionally and indecently assaulted the Plaintiff's anatomy.  The
Defendants confessed to the wrongful acts and proved the factual
causal connection between the Postal Service Employees and the
subject incidents.  [See The Pltf's. Ex. D-The Pltf's. Depo. pg.
27 line 8 thru line 23, pg. 29 line 2 thru line 7, pg. 39 line 8
thru pg. 41 line 24, pg. 55 line 15 thru pg. 56 line 22, pg. 23
line 24 thru pg. 24 line 2; The Pltf's. Ex. E-The Pltf's. Obj. To
The Defendant's Mo. To Dismiss/Submitting Exhibit K,Substantial
Newly Discovered Evidence For The Court's Determination Of The
Proceedings On Record; The Pltf's. Ex. F-The Pltf's. Mo. To Sub-
mit Continuing Evidence, As Exhibit L/Evidence Of Verbal Acts, By
The Defendant(s), At The Plaintiff; The Pltf's. Ex. G-The Pltf's.
letter dated May 19, 2004, to Atty. Rice].

14.  Irrelevant, the Plaintiff is not in a postal service super-
visory postion to observe who and when the extra large plastic
bag was inserted into a small wastebasket and who placed it in the
standing room of the courtesy writing table.  The Defendant's neg-
ligence was not securing the excess portion of the extra large
bag safely around the small wastebasket to prevent the Plaintiff's

foot from getting intangled in the excess portion of the extra large plastic bag.  [See The Pltf's. Ex. D-The Pltf's. Depo. pg. 43 line 9 thru line 19, pg. 46 line 5 thru line 25, pg. 47 line 7 thru line 17; "The Pltf's. Obj. To The Defendant's Mo. To Dism." dated Oct. 6, 2003, pg. 3 item 3(C), pg. 5 item 6 and item 7]. The Plaintiff's Complaint purport that the United States of America and the Postal Service are the Defendants.  And, the Plaintiff is seeking the Court's permission and the Defendant's permission to amend the defect in the Defendant's name.  The Plaintiff's Complaint Counts are substantial and nonfrivolous.  [See The Plaintiff's Objection To The Defendant's Motion To Dismiss, dated Oct. 6, 2003, pg. 10 para. 1 and para. 2, on the Court's record].

For these reasons that are stated, the Plaintiff ask this Court to render Summary Judgment in favor of the Plaintiff.

PLAINTIFF/PRO SE

BY _Corine Carr_____
   Corine Carr

40

<u>CERTIFICATION</u>

I, Corine Carr, the Plaintiff/pro se, certify that a copy of

the Plaintiff's Memorandum of Law in Support of Motion For

Summary Judgment in Favor of the Plaintiff was Mailed to:

Attorney T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, Connecticut, 06006-0170
(860) 285-7098
E-Mail:anthony.t.rice@usps.gov
Connecticut Federal Bar No. ct22474

Dated:   June 18, 2004

PLAINTIFF/PRO SE

BY _Corine Carr_____
    Corine Carr
    42 Goodyear Street
    New Haven, Connecticut, 06511
    (203) 785-9495

41

ORDER

The foregoing Plaintiff's Response and Compliance to The Defen-
dant's Opposition to Plaintiff's Motion for Summary Judgment,
and, Motion for Summary Judgment in Favor of The Plaintiff
having been heard is hereby,ORDERED:

GRANTED / DENIED

BY

_____

JUDGE            /            CLERK