UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
    Corine Carr                                   :
:
    vs.                                             :Civil No. 3:02cv2100 (DJS)
:
    The United States of America   :
:
-----------------------------------------------------------x

## Notice of Manually Filing

Exhibits A - G, and Exhibits K and L are in hardcopy.