UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORINE CARR,<br>    Plaintiff, | : |
| v. | : CASE NO. 3:02CV2100 (DJS) |
| UNITED STATES OF AMERICA<br>    Defendant, | : |

## JUDGMENT

This action having come on for consideration of defendant's motion to dismiss and/or summary judgment. [doc.#15] Plaintiff has filed two motions of her own seeking summary judgment [docs.#25 and #28] all before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Memorandum of Decision granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that Corrine Carr has failed to meet her burden of proof in this action. Plaintiff has not shown that the United States or its employees was the cause-in-fact of the shocks she received on five occasions while a customer in the Hamden Post Office. Further, Carr has failed to show that the United States was negligent or that she suffered an actual injury as a result of her foot catching on a plastic trash liner in the Hamden Post Office.

The United States' motion for summary judgment [**doc.#15**] is **GRANTED**. The motion to dismiss [**doc.#15**] is **DENIED**. Plaintiff's two motions for summary judgment, **[docs. #25 and #28]**, are **DENIED.** Judgment shall enter in favor of the United States on all counts.

Dated at Hartford, Connecticut, this 7th day of October 2004.

KEVIN F. ROWE, Clerk

By _____
   Terri Glynn
   Deputy Clerk